# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2011

142796 & (112)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                         SC: 142796
                         COA: 285672
JEAN PIERRE ORLEWICZ,            Wayne CC: 07-023972-FC
     Defendant-Appellant.

_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 11, 2011, and March 9, 2011 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2011

_____
Clerk

p0421